# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

Antony Halaris (Acting) Director, Managing Member

PCF Properties in TX, LLC,

Plaintiff,

United States Courts
Southern District of Texas
FILED

SEP 30 2025

Nathan Ochsner, Clerk of Court

v.

Rachael Griffin-El, ex rel. Rachael Lee Griffin,

Moorish American National, In Propria Persona,

Defendant.

Civil Action No. 4:25-cv-04547

---

## NOTICE TO CONSIDER CONSOLIDATION AND RELATED CASE

TO MY HONORABLE JUDGE OF THE COURT:

Defendant, Rachael Griffin-El, appearing in propria persona, respectfully gives Notice to this Court as follows:

1

1. This action, Civil Action No. 4:25-cv-04547, arises from the same subject property, 703 Deveron Lane, Houston, Texas, which is also the subject of Defendant's pending federal action, Civil Action No. 4:25-cv-02013, Rachael Griffin-El v. JPMorgan Chase Bank, N.A., Jamie Dimon, Franklin Credit Management Corp., et al.
2. Both cases involve the same property, same fraudulent, foreclosure sale conducted June 3, 2025, the same lis pendens and rescission filings, and the same agents and related parties (JPMorgan Chase, Franklin Credit, PCF Properties in TX, LLC, substitute trustees, and attorneys).
3. Both cases raise identical federal questions of law, including but not limited to violations of the Truth in Lending Act (15 U.S.C. § 1635), the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.), the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.), civil rights statutes (42 U.S.C. §§ 1981–1983), constitutional and treaty protections, and fraudulent foreclosure claims.
4. Because the two actions involve common questions of law and fact, allowing them to proceed separately risks inconsistent rulings, duplication of effort, and wasted judicial resources.
5. Under Federal Rule of Civil Procedure 42(a), this Court may consolidate actions involving a common question of law or fact either on motion or on its own initiative.

**WHEREFORE,**

Defendant respectfully gives this Notice and requests that this Court consider consolidation of this case (4:25-cv-04547) with the related action, 4:25-cv-02013, designating the earlier-filed case as the lead case.

Respectfully submitted,

Date: September 29, 2025

/s/ Rachael Griffin-El ex rel. Rachael LeeGriffin

Moorish American National, In Propria Persona

C/O 709 Deveron Lane

Houston Texas Republic [77090]

2




**Rachael Griffin-El, ex rel Rachael Griffin**
c/o 709 Deveron Lane
Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

September 29, 2025

**Via Certified Mail – Return Receipt Requested**
9589 0710 5270 3017 7852 64

**To:**
Antony Halaris U.S. citizen
(Acting) Director, Managing Member
P.C.F. Properties in TX LLC (Foreign Corporation)
6046 FM 2920 Rd, Ste 160
Spring, Texas Republic [near 77379-2542]

---

### Re: Notice of Consolidation / Transfer – Federal Case No. 4:25-cv-02013

Dear Mr. and Mrs. Halaris,

Enclosed please find a copy of the **Notice of Consolidation / Transfer** filed with the **United States District Court, Southern District of Texas – Houston Division**, regarding the civil matter involving the property under dispute.

Please be advised that this notice formally **transfers and consolidates the state/civil case into the existing federal case (No. 4:25-cv-02013)**. All prior filings, notices, and exhibits relevant to the matter have already been submitted and remain part of the federal court record.

This letter serves solely to notify you of the filing and consolidation. **No further copies of exhibits are required**, as they are already on the docket and part of the record.

Sincerely,

---

**Rachael Griffin-El, ex rel Rachael Lee Griffin**
All Rights Reserved – Without Prejudice – UCC 1-308

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Spring, TX 77379  OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee $5.30 | | 0056 |
| $ $4.40 | | 33 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Here |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $0.78 | | |
| Total Postage and Fees $10.48 | | 09/30/2025 |

Sent To: Antony Halaris, D.C.F Properties in TX LLC
Street and Apt. No., or PO Box No.: 6046 FM 2920 Rd ste 160
City, State, ZIP+4®: Spring, Texas Republic near 77379

9589 0710 5270 3017 7852 64

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



WESTFIELD
17119 RED OAK DR
HOUSTON, TX 77090-9998
www.usps.com

09/30/2025                              08:29 AM

TRACKING NUMBERS
9589 0710 5270 3017 7852 64

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.78 |

  Spring, TX 77379
  Weight: 0 lb 0.40 oz
  Estimated Delivery Date
      Thu 10/02/2025
  Certified Mail®                          $5.30
    Tracking #:
      9589 0710 5270 3017 7852 64
  Return Receipt                           $4.40
    Tracking #:
      9590 9402 9427 5069 2987 68
Total                                      $10.48

Grand Total:                               $10.48

Credit Card Remit                          $10.48
  Card Name: MasterCard
  Account #: XXXXXXXXXXXX3759