UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 08 2025

Nathan Ochsner, Clerk of Court

Rachael Griffin-El, sui juris, ex rel. RACHAEL LEE GRIFFIN,

Plaintiff,


v.

PCF Properties in TX, LLC, et al.,

Defendants.


Civil Action No. 4:25-cv-04547

---

## NOTICE OF RELATED CASE AND RULE 26(f) STATUS


Plaintiff respectfully notifies this Honorable Court that in her earlier-filed action, Rachael
Griffin-El v. JPMorgan Chase Bank, N.A., et al., Civil Action No. 4:25-cv-02013, she has filed a
First Amended Complaint adding PCF Properties in TX, LLC and Antony Halaris as additional
defendants.

Amended complaint to Consolidate the two cases (4:25-cv-02013 and 4:25-cv-04547) is
pending. Because both actions involve the same property, transactions, and parties, Plaintiff
understands that Rule 26(f) conference and scheduling obligations are deferred until
consolidation is decided, so that discovery proceeds under a single coordinated plan.

---

Respectfully submitted,

Date: _October 7th  2025_





Rachael Griffin-El, ex rel. RACHAEL LEE GRIFFIN

All Rights Reserved – Without Prejudice – UCC 1-308

c/o 709 Deveron Lane

Houston, Texas Republic [77090]

Non-domestic | Non-resident | Zip Exempt

---

## Certificate of Service

I certify that on Otober 7th 2025, a true and correct copy of this Notice was served by certified mail and/or CM/ECF on all parties of record, including counsel for PCF Properties in TX, LLC and Antony Halaris.

---

Rachael Griffin-El, ex rel. RACHAEL LEE GRIFFIN




International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

# NOTICE OF VOID WRIT, CEASE & DESIST, AND LITIGATION HOLD

To:

Corporal Deryk Fields

Harris County Constable's Office – Precinct No.4

330 Meadowfern, 2nd Floor

Houston, Texas Republic [77067] near united state


From:

Rachael Griffin-El, ex rel. RACHAEL LEE GRIFFIN, sui juris

In re: R. L. FREEMAN TRUST (Harris County Doc. No. RP-2025-13788)

Mailing: P.O. Box 90008

Houston, Texas Republic [77290]


Re: 703 Deveron Lane, Houston, Texas 77090 — Void Writ & Federal Removal

State Case: P.C.F. Properties in TX, LLC v. Rachael Lee Griffin, Cause No. 1257002 (County Civil Court at Law No. 3)

Federal Case (Removed): 4:25-cv-4547, S.D. Tex., Houston Division

Date: September 30, 2025

1

**Corporal Fields,**

This notice is served to give formal demand and direction:

1. Void Writ of Possession (Premature)

A "Final Judgment" was entered September 2, 2025; a Writ of Possession was issued September 5, 2025—only three (3) days later—in violation of Texas Property Code § 24.0061(b) (mandatory six-day waiting period). The writ is void ab initio.

2. Federal Removal (Sept. 24, 2025)

This matter was removed to federal court on September 24, 2025, when the Notice of Removal was filed in the Southern District of Texas. The case appeared on PACER on September 25, 2025 as Case No. 4:25-cv-4547. On September 26, 2025, a Notice of Removal and Transfer was also filed on the Civil Court at Law No. 3 docket to provide notice to the state court. Pursuant to 28 U.S.C. § 1446(d), once removal is filed and notice given, "the State court shall proceed no further." Any state actions after September 24, 2025 are without jurisdiction and unenforceable.

3. Unlawful Enforcement (Sept. 23, 2025)

Enforcement of the void writ on September 23, 2025 caused an unlawful dispossession of the estate.

4. Demand & Cease-and-Desist

- Cease immediately any further enforcement at 703 Deveron Lane.
- Do not attempt entry, removal, or lock-out absent a valid federal court order.
- Coordinate restitution of possession, keys, remotes, and mail access to R. L. FREEMAN TRUST.

5. Litigation Hold

Preserve all evidence from September 1, 2025 to present, including body-worn camera video, CAD logs, dispatch notes, communications, and photographs. Spoliation will be noticed to the federal court.

2

All rights reserved, no rights waived. This notice is made under protest, without prejudice, and without consenting to adverse jurisdiction.

U.C.C. 1-308 / Without Prejudice



Signature:

Rachael Griffin-El, ex rel. Rachael Lee Griffin

In Propria Persona, Sui Juris

## Certificate of Service

I certify that on the 1st day of October, 2025, a true and correct copy of the foregoing was served via **Certified Mail, Return Receipt Requested** upon: **9589 0710 5270 3017 7987 45**

- **Corporal Deryk Fields**, Harris County Constable's Office – Precinct 4., 330 Meadowfern, 2nd Floor, Houston, Texas Republic 77067. **Certified Mail No.: 9589 0710 5270 3017 7987 45**

Executed on September 30, 2025.

Rachael Griffin-El, ex rel. Rachael Lee Griffin
P.O. Box 90008
Houston, Texas Republic [77290]

www.usargov.us

CC:

- Daniel R. Vizzi – Director, INTERPOL Washington
- Nicholas J. Ganjei – United States Attorney, Southern District of Texas
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Pamela Bondi – United States Attorney General
- Sheriff Ed Gonzalez – Harris County Sheriff
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Tenseshia Hudspeth – County Clerk, Harris County, Texas



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
Spring OFFICIAL USE

Certified Mail Fee $5.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $2.44
Total Postage and Fees $12.14
Sent To Antony Halaris P.C.F. Property Inv. LLC
Street and Apt. No., or PO Box No. 6000 FM 2920 ste 160
City, State, ZIP+4 Spring Texas near 77379 united state
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
Houston, TX 77002

Certified Mail Fee $5.30
Extra Services & Fees (check box, add fees as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $2.72
Total Postage and Fees $12.14
Sent To Nicholas J. Ganjel U.S. Attorney Southern Distri
Street and Apt. No., or PO Box No. 1000 Louisiana St. 2300
City, State, ZIP+4 Houston Texas Republic [77002 new
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
Houston, TX 77002

Certified Mail Fee $5.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $2.44
Total Postage and Fees $12.14
Sent To Ed Gonzalez, Sheriff
Street and Apt. No., or PO Box No. 1200 Baker street
City, State, ZIP+4 Houston Texas near 77002 united state
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
Houston, TX 77002

Certified Mail Fee $5.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $2.44
Total Postage and Fees $12.14
Sent To T. Michael O'Connor / U.S. Marshal Southern Marsh
Street and Apt. No., or PO Box No. 515 Rusk Ave. room 1000D
City, State, ZIP+4 Houston Texas 77002-2605 near United State
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
Washington, DC 20530

Certified Mail Fee $5.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $2.72
Total Postage and Fees $12.42
Sent To Daniel R. Vizzi - Interpol
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave. NW
City, State, ZIP+4 Washington DC 20530 united state
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
Washington, DC 20530

Certified Mail Fee $5.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $2.44
Total Postage and Fees $12.14
Sent To Pamela Bondi, Attorney General U.S. Dep
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4 Washington DC 20530-0001 near United States
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20220

Certified Mail Fee   $5.30

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage   $2.44

Total Postage and Fees   $12.14

Sent To   Scott Bessent U.S. Treasury Dept (OFAC)
Street and Apt. No., or PO Box No.   1500 Pennsylvania Ave.
City, State, ZIP+4®   Washington DC 20220 near United States

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here   OCT 07 2025   10/07/2025

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20520

Certified Mail Fee   $5.30

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage   $2.44

Total Postage and Fees   $12.14

Sent To   Marco Rubio, United State Secretary of State
Street and Apt. No., or PO Box No.   2201 C St NW 4T room 5420
City, State, ZIP+4®   Washington, DC. 20520 new United State

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here   OCT 07 2025   10/07/2025

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Austin, TX 78701

Certified Mail Fee   $5.30

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage   $2.44

Total Postage and Fees   $12.14

Sent To   Jane Nelson Texas Secretary of State TX 75501
Street and Apt. No., or PO Box No.   1019 Brazos St. Jane & Rubber Bldg
City, State, ZIP+4®   Austin TX 78701 near United State

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here   OCT 07 2025   10/07/2025

---



Registered No.   RE265923819US

Postage $   $7.75

Extra Services & Fees *(continued)*
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Extra Services & Fees
☐ Registered Mail $   $7.40
☐ Return Receipt (hardcopy) $   $0.00
☐ Return Receipt (electronic) $
☐ Restricted Delivery $   $0.00

Total Postage & Fees $   $70.75

Customer Must Declare Full Value $   $0.00

Received by   10/07/2025

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

Date Stamp   OCT 07 2025

**OFFICIAL USE**

FROM   Rachael Griffin, EL
C/O 709 Devern 'In
Houston Texas Republic [77090]

TO   Volker Türk Office of United Nation
High Commission of Human Right
Palais des Nations
CH 1211 Geneva 10, Switzerland

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com®*

Copy 1 - Customer
(See Information on Reverse)