# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

Rachael Griffin -El, ex rel.

RACHAEL LEE GRIFFIN, sui juris,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., a foreign corporation;

JAMIE DIMON, U.S. citizen, doing business as CEO;

FRANKLIN CREDIT MANAGEMENT CORPORATION;

THOMAS J. AXON, U.S. citizen, doing business as CEO;

PCF PROPERTIES IN TX, LLC, a foreign corporation;

ANTONY HALARIS, U.S. citizen, doing business as Managing Member;

Defendants.

United States Courts
Southern District of Texas
FILED

APR - 1 2026

Nathan Ochsner, Clerk of Court

Civil Action Nos. 4:25-cv-02013 (filed May 5, 2025)

and 4:25-cv-04547 (transferred from Harris County Civil Court at Law No. 3)





International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

# NOTICE OF ADVERSE CLAIM AND REFERENCE TO AFFIDAVIT OF FACT (EXHIBIT B)

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent All Rights Reserved – Without Prejudice – UCC 1-308 / UCC 1-103

From:

Rachael Griffin-El (ex rel. RACHAEL LEE GRIFFIN), sui juris

P.O. Box 90008

Houston, Texas Republic [77290]

To:

Ken Paxton, Attorney General of Texas

Office of the Attorney General

P.O. Box 12548

Austin, Texas [near 78711-2548]

Date: October 20, 2025

Subject: Notice of Adverse Claim and Reference to Affidavit of Fact – Exhibit B

# I. NOTICE OF RECORD

This Notice places the Office of the Attorney General of Texas on full and lawful notice of an existing Affidavit of Fact – **Adverse Claim of Title and Reversion of Ancestral Estate (Exhibit B),** which establishes that the private Ancestry Estate known as:

703 Deveron Lane, Houston, Texas 77090

has reverted from public to private status and is recorded in the Harris County property records under

**R. L. FREEMAN TRUST (Harris County Clerk Doc. No. RP-2025-13788).**

# II. SERVICE RECORD REFERENCE

The Affidavit of Fact and Adverse Claim was executed and mailed by Certified Mail on December 30, 2024, and received as follows:

• January 7, 2025 – Thomas J. Axon, U.S. citizen doing business as CEO of Franklin Credit Management Corporation. certified mail number 9589 0710 5270 2556 6743 67

• January 10, 2025 – Jamie Dimon, U.S. citizen doing business as CEO of JPMorgan Chase Bank, N.A. Certified mail number 9589 0710 5270 2556 6743 81

Copies of the certified-mail receipts and delivery confirmations were attached to Exhibit B, which has been entered into the record of the United States District Court, Southern District of Texas, under Case Nos. 4:25-cv-02013 .

# III. BASIS OF ADVERSE CLAIM

This claim is founded upon:

• Article VI, Clause 2, U.S. Constitution (Supremacy Clause)

• Treaty of Peace and Friendship (1787 / 1836) between the United States and the Moroccan Empire

• UCC Articles 3 and 9 (Secured Transactions and Holders in Due Course)

• Texas Property Code §§ 111.004–111.008 (recognition of irrevocable trusts)

• Common-Law Doctrine of Reversion (Blackstone's Commentaries, Book 2, Ch. 17)

---

## IV. PURPOSE OF NOTICE (UNDER REVISION)

This Notice is issued to inform the Ken Paxton, doing business as Office of the Attorney General of Texas that any lien, encumbrance, or claim of interest recorded or asserted by that office or its agents concerning the private Ancestry Estate

state known as 703 Deveron Lane, Houston, Texas 77090 is presently under revision and review pursuant to the existing Affidavit of Fact – Adverse Claim of Title and Reversion of Ancestral Estate (Exhibit B).

This Notice serves to preserve the record, provide formal due-process notice of the ongoing revision, and ensure that the Attorney General and all related agencies are fully informed that the private ancestral estate remains subject to an active adverse claim of title and possession.

This Notice is issued in private capacity for record purposes only. It shall not be construed as a submission to any external jurisdiction, but as a formal act of notice and preservation consistent with natural and substantive law.

---

## V. DEMAND FOR RECORD AND RESPONSE

You are hereby directed to enter this Notice and referenced Affidavit into the record of the State of Texas and to respond within ten (10) days of receipt with verified proof of lawful authority to assert jurisdiction or title.

Failure to respond shall constitute tacit acquiescence and administrative default, confirming that the State of Texas and its agents hold no lawful claim to the estate.

---

## VI. SERVICE AND RECORD NOTICE

This Notice is served by Certified Mail – Return Receipt Requested and will be entered into the record of the United States District Court, Southern District of Texas, under Case Nos. 4:25-cv-02013 and 4:25-cv-04547, as proof of lawful service and notice to the State of Texas.

---

## VII. VERIFICATION (28 U.S.C. § 1746 DECLARATION)

I, Rachael Griffin-El, declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

I make this declaration and affirmation by virtue of the Constitution for the United States of North America (1791), and upon the honor of my Foremothers and Forefathers, that the above is true and correct to the best of my knowledge and honorable intent.

Executed on the 20ᵗʰ day of October, 2025, at Providence of Houston, Texas.





Rachael Griffin-El, sui juris

All Rights Reserved – Without Prejudice – UCC 1-308

Certified Mail No.: 7020 1290 0000 5986 8348

---

CC: Copies of this filing have been duly served and noticed to the following officials and offices:

• Pamela Bondi – United States Attorney General

• Scott Bessent – U.S. Department of the Treasury, Office of Foreign Assets Control (OFAC)

• Ed Gonzalez – Sheriff, Harris County Sheriff's Office

• Nicholas J. Ganjei – United States Attorney, Southern District of Texas

• T. Michael O'Connor – United States Marshal, Southern District of Texas

• Office of the Consul General – Morocco, Maghrib al-Aqsá

• Marco Rubio – United States Secretary of State

• Jane Nelson – Texas Secretary of State

• Volker Türk – United Nations High Commissioner for Human Rights

• Daniel R. Vizzi – Director, INTERPOL Washington

---

# PROOF OF SERVICE / CERTIFICATE OF MAILING

I, Rachael Griffin-El, sui juris, certify that on the **20**th day of **October**, **2025**, I served true and correct copies of the foregoing "Notice of Adverse Claim and Reference to Affidavit of Fact (Exhibit B)" by depositing the same in the United States Mail, Certified Mail – Return Receipt Requested, properly addressed and with sufficient postage affixed, to the following:

Ken Paxton – Attorney General of Texas

Office of the Attorney General

P.O. Box 12548, Austin, Texas 78711-2548

and copies to the officials listed in the CC section above.

Executed on the 20th day of October, 2025, at Providence of Houston, Texas.

Rachael Griffin-El, sui juris

All Rights Reserved – Without Prejudice – UCC 1-308




*Moorish National Republic Federal Goverment*

*Moorish Divine and National Movement of the WorldNorthwest Amexem /*

*Northwest Africa / North America / The North Gate'*

*·''Temple of the Moon and Sun'~*

*e o~ Societas Republicae Ea Al Mourikanos~ e*

*The True and De jure Natural peoples ~ Heirs of the Land*

---

International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

## NOTICE OF NON-SALE AND NON-TRANSFER OF ESTATE

Notice to Agent Is Notice to Principal – Notice to Principal Is Notice to Agent

To:

Internal Revenue Service – Information Referral Unit

Fresno, CA 93888-0025

From:

RACHAEL GRIFFIN-EL, ex rel. RACHAEL LEE GRIFFIN, sui juris

Non-domestic | Without Prejudice | UCC 1-308

Mailing: P.O. Box 90008 Houston, Texas Republic [77290]

Date: October 20,2025

1

## Affidavit of Notice

1. Affiant is a living woman upon the soil and has not sold, conveyed, transferred, or otherwise disposed of any real property or estate, including but not limited to the property located at 703 Deveron Lane, Houston, Texas 77090.
2. Affiant has received information suggesting that a Form 1099-S and/or Form 1099-A may have been filed with the Internal Revenue Service by third-party entities, purporting to report a sale or transfer of said property.
3. Affiant states for the record that no lawful sale, conveyance, or transfer occurred. Any such filing made without Affiant's consent or signature is false, fraudulent, and void ab initio.
4. Affiant provides this Notice so that the Internal Revenue Service is placed on official record that no taxable event, disposition, or exchange has lawfully occurred in Affiant's name or Social Security number.

## Certification

I certify under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct to the best of my knowledge and belief.

Rachael Griffin-El ex rel RACHAEL LEE GRIFFIN

All Rights Reserved – Without Prejudice – UCC 1-308

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Ken Paxton

Attorney General of Texas
P.O. Box 12548
Austin, Texas near 78711-2548

9590 9402 9590 5121 7798 89

2. Article Number (Transfer from service label)

7020 1290 0000 5986 8348

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

RECEIVED
MAILCENTER
OCT 24 2025
OFFICE OF THE
ATTORNEY GENERAL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   ☐ ail
   ☐ ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt